IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| AXIS INSURANCE COMPANY, | )<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | )<br>) CASE NO.: 5:20-CV-225-DCR |
| TEMPUR SEALY INTERNATIONAL, INC., | )<br>) |
| Defendant. | )<br>) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 5.6, Axis Insurance Company moves this Honorable Court to file its Complaint for Declaratory Judgment against Tempur Sealy International, Inc. ("TSI") under seal and in support of that motion, states as follows:

1. TSI submitted a claim under a Crime Insurance Policy (identified as Policy Number MCN 798665/01/2016 and referred to as "2016-2017 Policy") issued by Axis.

2. During the course of Axis' investigation, TSI and Axis executed a confidentiality agreement. While that agreement authorizes Axis to use information uncovered during its investigation in the event of litigation, the agreement states that "Axis will take all reasonable measures to preserve the confidential nature of the Confidential Information from other persons and entities not involved in the resolution of such dispute." Pursuant to the parties' non-disclosure agreement, TSI provided Axis information about the claim and identified that information as "confidential" pursuant to the parties' confidentiality agreement.

3. Axis now seeks to file a declaratory judgment action to resolve the parties disagreement about the applicability of the 2016-2017 Policy and the scope of coverage afforded

by thereunder. A true and correct copy of Axis' Complaint for Declaratory Judgment is attached as Exhibit 1.

4. Axis requests leave to file its Complaint for Declaratory Judgment under seal because that complaint references documents and information TSI previously marked as "confidential," including information about TSI's employment and termination of personnel and its investigation of alleged fraud. Pursuant to the parties' Confidentiality Agreement, Axis files this motion to preserve TSI's claim of confidentiality, until the parties can negotiate and agree upon a protective order and if appropriate, file a redacted complaint.

5. While the Sixth Circuit favors openness of court records (*Deere Constr. & Forestry Co.*, 834 F. 3d 589, 593 (6th Cir. 2016)), the Sixth Circuit recognizes exceptions to this practice. *Id.* One exception centers "on the content of the information to be disclosed to the public." *Id.* To that end, this Court has the power to seal records when the interests of privacy outweigh the public's right to access. *In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983).

6. Rule 5.2 of the Federal Rules of Civil Procedure provides that a filer should not include sensitive information in any document filed with the Court unless such inclusion is necessary and relevant to the case. To that end, Rule 5.2(d) of the Federal Rules of Civil Procedure allows the Court to order that a "filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record."

7. In this case, Axis seeks to file its Complaint under seal, to provide TSI time to review the complaint and determine whether it believes that any information should be redacted. Once complete, the parties can promptly unseal the complaint or file a redacted version. In the

interim, granting leave to file under seal pending service of the Complaint and review by TSI does not unduly prejudice the public or otherwise withhold information of immediate public interest. *Drake v. Family Health Ctr.*, No. 3:17-cv-670, 2017 U.S. Dist. LEXIS 217951, at *4-5 (W.D. Ky., Nov. 22, 2017) (granting leave to file complaint under seal because it referenced financial records).

WHEREFORE, Axis respectfully requests that this Honorable Court grant it leave to file the attached Complaint for Declaratory Judgment under seal and for such other relief as the Court deems equitable and just.

Dated:   May 28, 2020

/s/ Sean Rukavina
Sean Rukavina
Rheanne D. Falkner
325 W. Main Street
Waterfront Plaza Suite 1810
Louisville, KY 40202
Tel: (502) 371-1255
Fax: (502) 804-4630
srukavina@grsm.com
rfalkner@grsm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing motion for leave to file its Complaint For Declaratory Judgment with filed with the Clerk of Court and that it will serve a copy of this motion on counsel for Tempur Sealy International via email.

/s/ Sean Rukavina

Sean Rukavina
Rheanne D. Falkner
325 W. Main Street
Waterfront Plaza Suite 1810
Louisville, KY 40202
Tel: (502) 371-1255
Fax: (502) 804-4630
srukavina@grsm.com
rfalkner@grsm.com