# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| **AXIS INSURANCE COMPANY,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TEMPUR SEALY INTERNATIONAL, INC.,**<br><br>**Defendant.** | **Case No. 5:20-cv-00225-DCR** |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Axis Insurance Company and Defendant Tempur Sealy International, Inc. (the "Parties") recently agreed on material terms that will settle and resolve all claims asserted in this litigation, but are still in the process of negotiating the full terms of a settlement agreement. To avoid the expenditure of time and resources on unnecessary litigation while preserving the Parties' rights, the Parties respectfully request that all deadlines, including Defendant's deadline to answer the Complaint, be held in abeyance. The Parties will promptly file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1) after they reach agreement on all terms of the settlement.

Have seen and agreed:

| | |
|---|---|
| /s/ *Rheanne D. Falkner* (with permission)<br>Sean Rukavina<br>Rheanne D. Falkner<br>GORDON & REES SCULLY MANSUKHANI, LLP<br>325 W. Main Street<br>Waterfront Plaza Suite 1810<br>Louisville, KY 40202<br>Phone: (502) 371-1255<br>srukavina@grsm.com<br>rfalkner@grsm.com<br>*Counsel for Plaintiff*<br>*Axis Insurance Company* | /s/ *Casey L. Hinkle*<br>David S. Kaplan<br>Casey L. Hinkle<br>KAPLAN JOHNSON ABATE & BIRD LLP<br>710 W. Main St., 4th Floor<br>Louisville, KY 40202<br>Phone: (502) 416-1630<br>dkaplan@kaplanjohnsonlaw.com<br>chinkle@kaplanjohnsonlaw.com<br>*Counsel for Defendant*<br>*Tempur Sealy International, Inc.* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 23, 2020, a true and accurate copy of the foregoing was filed with the United States District Court for the Eastern District of Kentucky via the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

            */s/ Casey L. Hinkle*
            *Counsel for Defendant*
            *Tempur Sealy International, Inc.*