# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| **AXIS INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>vs.<br><br>**TEMPUR SEALY INTERNATIONAL, INC.,**<br><br>Defendant. | **Case No. 5:20-cv-00225-DCR** |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Axis Insurance Company and Defendant Tempur Sealy International, Inc. (the "Parties") have stipulated to the dismissal with prejudice of all claims asserted in this litigation. Accordingly, it is hereby

**ORDERED** that all claims asserted in this litigation are hereby **DISMISSED WITH PREJUDICE**.

Tendered by the undersigned counsel, who have seen and agreed to this Agreed Order of Dismissal with Prejudice:

| | |
|---|---|
| */s/ Rheanne D. Falkner* (with permission) | */s/ Casey L. Hinkle* |
| Sean Rukavina | David S. Kaplan |
| Rheanne D. Falkner | Casey L. Hinkle |
| GORDON & REES SCULLY MANSUKHANI, LLP | KAPLAN JOHNSON ABATE & BIRD LLP |
| 325 W. Main Street | 710 W. Main St., 4th Floor |
| Waterfront Plaza Suite 1810 | Louisville, KY 40202 |
| Louisville, KY 40202 | Phone: (502) 416-1630 |
| Phone: (502) 371-1255 | dkaplan@kaplanjohnsonlaw.com |
| srukavina@grsm.com | chinkle@kaplanjohnsonlaw.com |
| rfalkner@grsm.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Tempur Sealy International, Inc.* |
| *Axis Insurance Company* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, a true and accurate copy of the foregoing was filed with the United States District Court for the Eastern District of Kentucky via the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                          */s/ Casey L. Hinkle*