UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| AXIS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 20-225-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| TEMPUR SEALY INTERNATIONAL, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The parties have tendered a proposed agreed order of dismissal with prejudice, docketed as a motion. [Record No. 12] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' proposed agreed order of dismissal, docketed as a motion [Record No. 12], is **GRANTED.**

2. All claims asserted in this action are **DISMISSED** with prejudice.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

Dated: July 6, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky